UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER           21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION

-----------------------------------------------------------------X   **Judge Hellerstein**
-----------------------------------------------------------------X

RUBEN ACOSTA,                            08 CV 01334
                                         Index No.:

                    Plaintiff,

           -against-                     INITIATING COMPLAINT

176 BROADWAY BUILDERS CORP.;
176 BROADWAY OWNERS CORP.;
BECHTEL ASSOCIATES PROFESSIONAL
CORPORATION;
BECHTEL CONSTRUCTION, INC.;
BECHTEL CORPORATION;
BECHTEL ENVIRONMENTAL, INC.;
CONSOLIDATED EDISON COMMUNICATIONS
HOLDING COMPANY, INC.;
CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.;
CONSOLIDATED EDISON DEVELOPMENT, INC.;
CONSOLIDATED EDISON ENERGY, INC.;
CONSOLIDATED EDISON SOLUTIONS, INC.;
CONSOLIDATED EDISON, INC.;
MCI COMMUNICATIONS CORPORATION;
MCI COMMUNICATIONS SERVICES, INC.;
MCI, INC.;
RFG NEW YORK ASSOCIATES, LLC;
SL GREEN REALTY CORP.;
THE WITKOFF GROUP LLC;
VERIZON COMMUNICATIONS, INC.;
VERIZON NEW YORK, INC;
VERIZON PROPERTIES, INC.;



RECEIVED
FEB 11 2008
U.S.D.C. S.D.N.Y.

                    Defendants.
-----------------------------------------------------------------X

NOTICE TO CLERK OF COURT:  Please accept this Initiating Complaint as an initial pleading pursuant to CMO 4, dated June 29th, 2007 of Hon. Alvin K. Hellerstein in *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

Pursuant to Case Management Order No. 4 ("CMO 4") dated June 29th, 2007 by Hon. Alvin K. Hellerstein, U.S.D.J., in *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH), Plaintiff(s) hereby submit this Initiating Complaint against the above named Defendants and state:

1. Plaintiff Ruben Acosta (SS: XXX-XX-9839) currently resides at 100 W. 174th Street, Apt. 5A, Bronx, NY 10453

2. Plaintiff(s) have a claim for injury against the Defendants named above that would be encompassed within the scope of the *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

3. Plaintiffs will file a fully complete Check-Off Complaint under this docket number within 30 days of the filing of this Initiating Complaint.

Dated: February 8, 2008

                                              Yours, etc.

                                              GREGORY J. CANNATA & ASSOCIATES

                                              By:_____
                                              Robert Grochow, Esq. (1890)
                                              Attorneys for Plaintiffs
                                              233 Broadway, 5th Floor
                                              Tel: (212) 233-5400
                                              Fax: (212) 227-4141
                                              Email: RGrochow@aol.com

NOTICE TO CLERK OF COURT: Please accept this Initiating Complaint as an initial pleading pursuant to CMO 4, dated June 29th, 2007 of Hon. Alvin K. Hellerstein in *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF NEW YORK

RUBEN ACOSTA,

          Plaintiff,

- against -

176 BROADWAY BUILDERS CORP.;
176 BROADWAY OWNERS CORP.;
BECHTEL ASSOCIATES PROFESSIONAL CORPORATION;
Et. Al.,

          Defendants.

### INITIATING COMPLAINT

The Law Firm of Gregory J. Cannata
Attorneys for Plaintiffs
233 Broadway, 5th Floor
New York, New York 10279-0003
(212) 553-9205

Service of copy of the within   is hereby admitted.
Dated:

        . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        Attorneys for

The Law Firm of Gregory J. Cannata
Attorneys for Plaintiffs
233 Broadway, 5th Floor
New York, New York 10279-0003
(212) 553-9205