UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION
_____

RUBEN ACOSTA,

                              Plaintiffs,

    - against –                              AFFIDAVIT
                                              OF PERSONAL
                                              SERVICE

176 BROADWAY BUILDERS CORP.;
176 BROADWAY OWNERS CORP.;
BECHTEL ASSOCIATES PROFESSIONAL CORPORATION;
BECHTEL CONSTRUCTION, INC.;
BECHTEL CORPORATION;
BECHTEL ENVIRONMENTAL, INC.;
CONSOLIDATED EDISON COMMUNICATIONS HOLDING COMPANY, INC.;
CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.;
CONSOLIDATED EDISON DEVELOPMENT, INC.;
CONSOLIDATED EDISON ENERGY, INC.;
CONSOLIDATED EDISON SOLUTIONS, INC.;
CONSOLIDATED EDISON, INC.;
MCI COMMUNICATIONS CORPORATION;
MCI COMMUNICATIONS SERVICES, INC.;
MCI, INC.;
RFG NEW YORK ASSOCIATES, LLC;
SL GREEN REALTY CORP.;
THE WITKOFF GROUP LLC;
VERIZON COMMUNICATIONS, INC.;
VERIZON NEW YORK, INC;
VERIZON PROPERTIES, INC.;

                              Defendants.
_____

STATE OF NEW YORK    )
                            )
COUNTY OF NEW YORK  )    ss.:

Fausto Silva, being duly sworn, deposes and says:

That I am over the age of 18 years, reside in Kings County, New York and am not a party

to this action. That I served the **Summons and Complaint** in the above captioned action on:

BECHTEL CORPORATION

At:   CT Corp
      111 8th Ave
      New York, New York 10011

On:   The 28th of May, 12:00 p.m.

by personally delivering a true copy to **Sattie Tairan**, a person of suitable age and discretion

who identified him/herself as authorized to accept the service of legal documents on behalf of the

entity served. Description of person served is as follows:

Sex:   Female
Color of Skin: Brown       Approximate Age:     30-40
Color of Hair: Black       Approximate Height:  5' 7"
Color of Eyes: Brown       Approximate Weight: 130

_____
Fausto Silva

Sworn before me this
28th day of August, 2008

_____
Notary Public

APRIL FARRIOR
Notary Public, State of New York
No. 01FA6189633
Qualified in Kings County
Commission Expires June 30, 2012