UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION

---

RUBEN ACOSTA,

Plaintiffs,

- against –

AFFIDAVIT
OF PERSONAL
SERVICE

176 BROADWAY BUILDERS CORP.;
176 BROADWAY OWNERS CORP.;
BECHTEL ASSOCIATES PROFESSIONAL CORPORATION;
BECHTEL CONSTRUCTION, INC.;
BECHTEL CORPORATION;
BECHTEL ENVIRONMENTAL, INC.;
CONSOLIDATED EDISON COMMUNICATIONS HOLDING COMPANY, INC.;
CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.;
CONSOLIDATED EDISON DEVELOPMENT, INC.;
CONSOLIDATED EDISON ENERGY, INC.;
CONSOLIDATED EDISON SOLUTIONS, INC.;
CONSOLIDATED EDISON, INC.;
MCI COMMUNICATIONS CORPORATION;
MCI COMMUNICATIONS SERVICES, INC.;
MCI, INC.;
RFG NEW YORK ASSOCIATES, LLC;
SL GREEN REALTY CORP.;
THE WITKOFF GROUP LLC;
VERIZON COMMUNICATIONS, INC.;
VERIZON NEW YORK, INC;
VERIZON PROPERTIES, INC.;

Defendants.

---

STATE OF NEW YORK      )
                       )
COUNTY OF NEW YORK  )      ss.:

Fausto Silva, being duly sworn, deposes and says:

That I am over the age of 18 years, reside in Kings County, New York and am not a party

to this action. That I served the **Summons and Complaint** in the above captioned action on:

CONSOLIDATED EDISON DEVELOPMENT, INC.

At:    4 Irving Place
New York, New York 10003

On:    The 6th of June, 12:02 p.m.

by personally delivering a true copy to **Will Samson**, a person of suitable age and discretion who

identified him/herself as authorized to accept the service of legal documents on behalf of the

entity served. Description of person served is as follows:

Sex:    Male
Color of Skin: Black        Approximate Age:    25-35
Color of Hair: Bald        Approximate Height: 5' 11"
Color of Eyes: Brown       Approximate Weight: 170

_____
Fausto Silva

Sworn before me this
28th day of August, 2008

_____
Notary Public

**APRIL FARRIOR**
**Notary Public, State of New York**
**No. 01FA6189633**
**Qualified in Kings County**
**Commission Expires June 30, 2012**